The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00077 RSL |
| Plaintiff, | ORDER |
| v. | |
| HANZEL JOHN KNIGHT, | |
| Defendant. | |

**ORDER**

1. The Court adopts the findings in the Defendant's Waiver of In-person Appearance and will schedule an arraignment for Mr. Knight to enter a plea of guilty and admit to related supervised released violations.

2. Further, the Court specifically finds that:

    a. The arraignment hearing in this case cannot be further delayed without serious harm to the interests of justice; and

    b. The defendant has waived defendant's physical presence at the hearing and consents to remote hearing by video conference

3. Therefore, based on the findings above and under the Court's authority under Section 15002(b) of the CARES Act and the General Orders issued by this court, the arraignment and change of plea hearing in this matter will be conducted by video conference.

Dated this 22nd day of October, 2020.

Robert S. Lasnik
United States District Court Judge

ORDER

PAGE 1 OF 1
United States v. Knight, 20-00077-RSL

VITEK LAW LLC
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 673-2800