UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>HANZEL KNIGHT,<br><br>Defendant. | NO. CR20-77RSL<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE CJA COUNSEL |

THIS MATTER comes before the court on Defendant Hanzel Knight's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel. The Court has considered the reasons for the motion, the non-opposition of the United States, and the file herein. Therefore, it is hereby:

ORDERED that Defendant's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel is GRANTED. CJA Administration shall appoint new CJA defense counsel as soon as possible.

Dated this 14th day of February, 2025.

_____
Robert S. Lasnik
United States District Judge

Presented by
*/s/Nicholas J. Vitek*
Nicholas J. Vitek
Attorney for Defendant

ORDER GRANTING MOTION TO WITHDRAW
*United States v. Knight/* CR 20-077 RSL

VITEK LAW LLC
1700 SEVENTH AVE, SUITE 2100
SEATTLE, WA 98101
206.673.2800